UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **SORENSEN**, <br> *Plaintiff,* <br> v. <br> **INDIVIOR, INC.,** *ET AL.*, <br> *Defendants.* | Case No. 1:23-cv-01855-PAB <br><br> Judge Pamela A. Barker |
| **PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE** ||

Plaintiff filed his Complaint on September 25, 2023. (Doc. 1.) The next day, the Court issued a Show Cause Order requiring Plaintiff to identify the citizenship of Defendants MonoSol LLC and Reckitt Benckiser LLC and show cause why the case should not be dismissed for lack of complete diversity of citizenship because the Complaint alleged that Defendant Indivior Solutions, Inc. is a corporation organized under the laws of Ohio. (Doc. 3.)

Before filing this Response, Plaintiff filed a First Amended Complaint that addresses the concerns raised in the Court's Order. (Doc. 4.) The First Amended Complaint identifies all members of Defendants MonoSol LLC and Reckitt Benckiser LLC. (*Id.*, ¶¶ 23–24.) Further, the First Amended Complaint corrects a typographical error in the original Complaint that identified Ohio as the State of incorporation for Indivior Solutions, Inc. (*Id.*, ¶ 20.) As alleged in the First Amended Complaint, Indivior Solutions, Inc. is a corporation organized under the laws of Delaware, not Ohio, and maintains its principal place of business in Virginia. (*Id.*) Because none of

the Defendants is a citizen of Ohio, complete diversity of citizenship exists, and the case need not be dismissed *sua sponte* for lack of diversity.

Dated: September 28, 2023

*/s/ Ashlie Case Sletvold*
Ashlie Case Sletvold
Marilyn K. Ukropina
Ildiko A. Szucs
Heaven N. Jaafar
**PEIFFER WOLF CARR KANE
  CONWAY & WISE, LLP**
6370 SOM Center Road, Suite 108
Cleveland, Ohio 44139
216-589-9280
asletvold@peifferwolf.com
mukropina@peifferwolf.com
iszucs@peifferwolf.com
hjaafar@peifferwolf.com

Jennifer Duffy (**pro hac vice to be filed*)
**LAW OFFICES OF JENNIFER DUFFY APC**
28649 S. Western Avenue, Suite 6571
Los Angeles, California 90734
213-212-2202
jennifer@usclassactions.com

*Attorneys for Plaintiff*